IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEWIS HOWARD, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:09-CV-1050-WKW |
| | ) |
| AMERICREDIT FINANCIAL | ) |
| SERVICES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>FINAL JUDGMENT</u>**

It is the ORDER, JUDGMENT, and DECREE of this court that Count I, and Count VI to the extent it relies on federal law, are DISMISSED with prejudice, that all the other counts in the Complaint are DISMISSED without prejudice in accordance with the prior orders and opinions of the court. It is further ORDERED that costs are taxed against Plaintiffs.

DONE this 23rd day of March, 2010.

                                          /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE